Michael L. Gums, Esq. (SBN: 078791)
Law Offices of Michael L. Gums
3425 American River Drive, Suite B
Sacramento, California 95864
Tel (916) 446-6416
Fax (916) 443-1776
Email: michaelgums@aol.com

Attorney for Plaintiff
Sheri Albers

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| SHERI ALBERS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED VAN LINES, INC., a corporation, CAREY MOVING & STORAGE OF KNOXVILLE, INC. a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO. 2:17-CV-01782-WBS-KJN**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER** |

Dismissal Pursuant to Rule 41(a)(1)(A)(1): Voluntary Dismissal with Prejudice by Plaintiff without a court order before the opposing party(s) files or serves an answer or a motion for summary judgment.

**PLEASE TAKE NOTICE:** Plaintiff Sheri Albers hereby dismisses her Complaint on file herein, and each cause of action and claim set forth therein, voluntarily and without a court order before the opposing party(s) files or serves an answer or a motion for summary judgment

Dated: October 11, 2017                  /s/ *Michael L. Gums*
                                                Michael L. Gums, Esq.
                                                Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.

Dated: October 12, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE